UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-24147-Civ-COOKE/GOODMAN

MAURA PROENZA,

    Plaintiff,

vs.

ANDREW SAUL,
*Commissioner of Social Security*,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and the Clerk's directive for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. ECF No. 2. On April 16, 2020, Plaintiff filed a Motion for Summary Judgment. ECF No. 17. On May 18, 2020, Defendant filed a combined Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment. ECF No. 19. On August 4, 2020, Judge Goodman issued a Report recommending that I find in favor of Defendant and affirm the Commissioner's decision. ECF No. 22. Plaintiff filed objections to Judge Goodman's Report, ECF No. 23, to which Defendant filed a response, ECF No. 24. I have reviewed the matter *de novo* and find Judge Goodman's Report clear, cogent, and compelling.

Accordingly, the Court **AFFIRMS and ADOPTS** Judge Goodman's Report (ECF No. 22), **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 19), and **DENIES** Plaintiff's Motion for Summary Judgment (ECF No. 17). The Court will separately issue a final judgment under Federal Rule of Civil Procedure 58. In the interim, the Court **DENIES** *as moot* all pending motions and Orders the Clerk to **CLOSE** this case.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 21st day of October 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*